# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MICHAEL BUTLER,**
**ADC #500230**                                                                        **PLAINTIFF**

v.            **CASE NO. 3:11-cv-00088-BSM**

**MANILA POLICE DEPARTMENT, et al.**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be DISMISSED WITHOUT PREJUDICE. The relief sought is denied.

It is certified that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 24th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE